**Order entered June 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01705-CR

### JULIO RUIZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-24859-P**

## ORDER

By letter dated May 20, 2013, this Court notified the trial court that the record did not contain the trial court's certification of appellant's right to appeal. We asked the trial court to review the record and to file, within ten days, a certification that accurately reflects the trial court proceedings. When we did not receive a certification by June 6, 2013, we sent the trial judge a letter inquiring about the status of the certification. To date, we have not received the certification of appellant's right to appeal. Texas Rule of Appellate Procedure 25.2(a)(2) requires the trial court to enter a certification of the defendant's right to appeal each time it enters a judgment of guilt or other appealable order. TEX. R. APP. P. 25.2(a)(2).

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal that accurately reflects the trial court proceedings and to file a supplemental record containing the certification within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court, and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE